

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ISRAEL MENDOZA, III, | § | No. 08-23-00035-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| LA MESA APARTMENTS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019-CCV01919) |

## J U D G M E N T

The Court has considered this cause on the Appellee's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.